IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

__Dion Robinson_____,  )
　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　 )
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　) CASE NO. 1:07-CV-541-WHA
　　　　　　　　　　　　　　　)
__Don Parker_____,　 )
　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　 )

RECEIVED
2007 JUN 19 A 9:30

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Dion Robinson_____ _a Party_____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**　　　　　　　　**Relationship to Party**

_____　　　　　_____
_____　　　　　_____
_____　　　　　_____
_____　　　　　_____

__06-15-2007__　　　　　　　　　　_____
　Date　　　　　　　　　　　　　　(Signature)

　　　　　　　　　　　　　　　　　Malcolm R. Newman
　　　　　　　　　　　　　　　　　(Counsel's Name)

　　　　　　　　　　　　　　　　　Dion Robinson
　　　　　　　　　　　　　　　　　Counsel for (print names of all parties)
　　　　　　　　　　　　　　　　　219 West Crawford Street
　　　　　　　　　　　　　　　　　Dothan, Alabama 36301
　　　　　　　　　　　　　　　　　Address, City, State Zip Code
　　　　　　　　　　　　　　　　　334-792-2132
　　　　　　　　　　　　　　　　　Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Southern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Malcolm R. Newman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __15__ day of __June_____ 20__07__, to:

_____

_____

_____

_____

_____

_____

__06-15-2007_____
Date

*Malcolm R. N*
Signature