IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DION ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:07cv541-WHA |
| | ) |
| DON PARKER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

A review of the file shows that this case was filed on June 18, 2007, and there is no proof of service of process on the Defendant. Therefore, it is hereby

ORDERED that the Plaintiff perfect service on the Defendant **on or before October 16, 2007**, or show cause why this case should not be dismissed without prejudice pursuant to the provisions of Rule 4(m), *Fed.R.Civ.P.*

DONE this 4th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE