AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Dion Robinson

V.

Don Parker

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-cv-541

TO: (Name and address of Defendant)

Don Parker
c/o City Hall
One Howell Street
Midland City, Alabama 36350

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Attorney, P.C.
219 West Crawford Street
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

C Baxter

(By) DEPUTY CLERK

DATE  10-15-07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-15-2007 |
| NAME OF SERVER (PRINT) Jonah R. Phelps | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
554 Delta St. Midland City, Al 36350

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-15-2007          _[signature]_
              Date                Signature of Server

397 Blake Dr., Ozark, AL 36360
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.