IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DION ROBINSON ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO.: 1:07 CV 541 |
| ) | |
| DON PARKER ) | |
| ) | |
| DEFENDANT. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Don Parker, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and the provisions of the Middle District of Alabama's General Order No. 00-3047:

[X] Defendant Don Parker is the Mayor of the Town of Midland City, Alabama, a Municipal Corporation.

[X] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Town of Midland City, AL | Defendant Parker is the Mayor |
| Midland City Police Department | Part of the City Government |
| City Council of Town of Midland City | Part of the City Government |

Dated this the 2nd day of November, 2007.

/s/ Steadman S. Shealy, Jr._____
Steadman S. Shealy, Jr. (SHE023)
ASB 2193-Y88S
Attorney for Defendant:
Don Parker

OF COUNSEL:
SHEALY, CRUM & PIKE, P.C.
P. O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000
Fax (334) 677-0030

CERTIFICATE OF SERVICE

    I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36302

    This the 2nd day of November, 2007.

    /s/ Steadman S. Shealy, Jr.