IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DION ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-541-WHA |
| | ) |
| DON PARKER, | ) |
| | ) |
| Defendant. | ) |

### JOINT RULE 26(f) REPORT

I. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Malcolm R. Newman for the plaintiff and Steadman S. Shealy for the defendant agreed to the following discovery plan on November 26, 2007:

II. Pre-Discovery Disclosures. The parties will exchange by January 11, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

III. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A. Discovery will be needed on the following subjects:

        1. The facts and circumstances surrounding the events made the basis of this lawsuit;

        2. Expert witness opinions; and

        3. The damages claimed by the plaintiffs.

    B. All discovery should be commenced in time to be completed by December 15, 2008.

    C. A maximum of forty interrogatories should be allowed by each party to any other party.

    D. A maximum of forty requests for production of documents and tangible things should be allowed by each party to any other party.

    E. A maximum of forty requests for admission should be allowed by each party to any other party.

    F. A maximum of ten depositions by plaintiffs and ten by defendants should be allowed.

    G. Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

    H. Reports from retained experts under Rule 26(a)(2) should be due:

        1. From the plaintiffs by February 15, 2008; and

        2. From the defendants by March 28, 2008.

    I. Supplementations under Rule 26(e) should be due August 8, 2008.

IV. Other Items.

    A. The parties do not request a conference with the Court before entry of the scheduling order.

    B. The parties request a pretrial conference on December 8, 2008.

    C. The plaintiffs should be allowed until January 18, 2008, to join additional parties and to amend the pleadings.

    D. The defendants should be allowed until February 1, 2008, to join additional parties and to amend the pleadings.

    E. All potentially dispositive motions should be filed by September 9, 2008.

    F. Settlement cannot be evaluated prior to September 9, 2008.

    G. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiffs by December 5, 2008.

    H.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendants by December 5, 2008.

    I.    Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    J.    The case should be ready for trial by January 12, 2009, and at this time, is expected to take approximately three days.

Dated: November 26, 2007.

**s/ Malcolm R. Newman**
Malcolm R. Newman (NEW017)
Attorney for Plaintiff
Dion Robinson

OF COUNSEL:

MALCOLM R. NEWMAN, ATTORNEY, P.C.
P.O. Box 6137
Dothan, Alabama 36302-6137
Tel. (334) 792-2132
Fax (334) 671-8341
E-mail: mnewman470@aol.com

**s/ Steadman S. Shealy, Jr.**
Steadman S. Shealy, Jr. (SHE023)
Attorney for Defendant
Don Parker

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: sshealy@scplaw.us