# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DION ROBINSON | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| VS. | * CASE No.: 2:07-cv-541-WHA |
| | * |
| DON PARKER | * |
| | * |
|     DEFENDANT. | * |
| | * |

## CONFLICT DISCLOSURE STATEMENT

    Comes now Dion Robinson, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

    \_\_\_\_  This party is an individual, or

    \_\_\_\_  This party is a governmental entity, or

    _X_  There are no entities to be reported, or

    \_\_\_\_  The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                            <u>Relationship to Party</u>

_____        _____
_____        _____
_____        _____

| | |
|---|---|
| <u>12-06-2007</u><br>Date | Malcolm R. Newman, Attorney, PC<br><u>/s/ Malcolm R. Newman</u><br>Malcolm R. Newman (NEW017)<br>Counsel for Plaintiffs<br>Greg and Josh Davis<br>P.O. Box 6137<br>Dothan, Alabama 36302<br>(334)792-2132<br>ASB-2826-M39M |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, that I have filed a copy of the foregoing via the CM/ECF System which will send notification to the following:

Steadman S. Shealy, Jr., Esq.
P.O. Box 6346
Dothan, Alabama 36302-6346

<u>/s/ Malcolm R. Newman</u>
Malcolm R. Newman