IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DION ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:07-cv-541-WHA |
| | ) |
| DON PARKER, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant Don Parker moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This motion is based upon the accompanying memorandum and supporting evidence.

s/ Steadman S. Shealy, Jr.
Steadman S. Shealy, Jr.  (SHE023)
Attorney for Defendant Don Parker

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: sshealy@scplaw.us

2

## **CERTIFICATE OF SERVICE**

I, Steadman S. Shealy, Jr., certify that on August 29, 2008, I electronically served this document upon:

Malcolm R. Newman
MALCOLM R. NEWMAN, ATTORNEY AT LAW, P.C.
P.O. Box 6137
Dothan, Alabama 36302-6137

                                              **s/ Steadman S. Shealy, Jr.**
                                              Steadman S. Shealy, Jr.