IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DION ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DON PARKER, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:07cv541-WHA |

**<u>ORDER</u>**

The Defendant's Motion for Summary Judgment (Doc. # 13), filed on August 29, 2008, will be deemed submitted to this Court on September 30, 2008, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by September 30, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which Plaintiff wishes to file in opposition to said motion shall be filed on or before September 23, 2008.

Defendant shall have until September 30, 2008, to file any reply he wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 2nd day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE